UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

LARRY TRAMORE BURCHARD,

        Petitioner,        Case No. 1:10-cv-927

v.

                          Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

## **ORDER**

This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. On October 20, 2010, the Court issued an order requiring Petitioner to file an amended petition on the form provided by the Court as required by Rule 2(d) of the Rules Governing § 2254 Cases and W.D. Mich. LCivR 5.6(a). Petitioner was warned that if he failed to submit an amended petition in proper form within the time allowed, the petition would be dismissed without prejudice by the district judge. As of the date of this order, Petitioner has not submitted his amended petition. Because Petitioner has failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for want of prosecution.

        IT IS SO ORDERED.


Dated:  December 2, 2010        /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District Judge