UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

LARRY TRAMORE BURCHARD,

        Petitioner,         Case No. 1:10-cv-927

v.

        Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

## **JUDGMENT**

    In accordance with the Order issued this date:

    IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for want of prosecution.


Dated:   December 2, 2010         /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge